Scotland E. WILLIAMS, Plaintiff–Appellant,

v.

Frank SIZER, Commissioner; Lehrman Dotson, Warden; Karen Gibson, Mail Clerk, Defendants–Appellees.

No. 08–6349.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 25, 2008.

Scotland E. Williams, Appellant Pro Se. Phillip Michael Pickus, Office of the Attor-

ney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scotland E. Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Sizer*, No. 1:06–cv–01759–AMD (D.Md. Aug. 10, 2007; Feb. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*